

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00106-CV

PETER G. MILNE, P.C., PETER G. MILNE,
INDIVIDUALLY, AND HEALY, MILNE & ASSOCIATES, P.C., Appellants

V.

VAL RYAN AND JOY RYAN, Appellees

On Appeal from the 4th District Court
Rusk County, Texas
Trial Court No. 2013-243

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Our review of the reporter's record in this case indicates that certain of the documents collectively marked as Plaintiff's Exhibit No. 1[1] contain "sensitive data" as that phrase is defined in Rule 9.9 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.9(a). Sensitive data includes "a bank account number, credit card number, or other financial account number." TEX. R. APP. P. 9.9(a)(2). Certain of the documents included in Plaintiff's Exhibit No. 1 contain bank account numbers. Rule 9.9(b) states, "Unless the inclusion of sensitive data is specifically required by a statute, court rule, or administrative regulation, an electronic or paper document containing sensitive data may not be filed with a court unless the sensitive data is redacted." TEX. R. APP. P. 9.9(b).

Because we are aware of no statute, court rule, or administrative regulation requiring inclusion of these bank account numbers in this record and because the reporter's record failed to protect this sensitive data through redaction, we order the Clerk of this Court, or her appointee, pursuant to the inherent power of this Court, to seal the volume of the reporter's record containing Plaintiff's Exhibit No. 1.

IT IS SO ORDERED.

BY THE COURT

Date: July 22, 2015

---

[1]Plaintiff's Exhibit No. 1 contains 2,081 pages and was filed as a separate volume of the reporter's record.